| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>LexisNexis File & Serve SOP<br>William N Woodson 41669 Date St<br>Murrieta, CA 92562<br>TELEPHONE NO.: 9516981122   FAX NO. (Optional): | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA<br>940 FRONT STREET SAN DIEGO, CA 92101 | |
| PLAINTIFF/PETITIONER: JEREMY PIASECKI<br>DEFENDANT/RESPONDENT: OLS INVESTMENTS, INC., ET AL., | CASE NUMBER:<br>06 CV 1263 JAH POR |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>13599903 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents): **Summons for 1st Amended Complaint; Amended Complaint and Demand for Jury Trial**

3. a. Party served (specify name of party as shown on documents served):
   **OLEG SHVEDYUK,, A white male approx. 30-35 years of age 5'6"-5'8" in height weighing 160-180 lbs with brown hair, Alias: ALSO KNOWN AS OLEG SAPOGHNIKOV, ALSO KNOWN AS OLEG SAPOZHNIKOV**
   b. [  ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served:
   **28 HAVERTON Lane, AMHERST, NY 14228**

5. I served the party (check proper box)
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on (date): **2/21/2007**   (2) at (time): **4:30 PM**
   b. [  ] **by substituted service.**   On (date):   (2) at (time):   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      (1) [  ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [  ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [  ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [  ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   from (city):   or [  ] a declaration of mailing is attached.
      (5) [  ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1.2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure. § 417.10

Order No. 8204008

| PLAINTIFF/PETITIONER: JEREMY PIASECKI | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: OLS INVESTMENTS, INC., ET AL.; | 06 CV 1263 JAH POR |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  (1) on (date):    (2) from (city):
  (3) [ ] with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30)
  (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** (specify means of service and authorizing code section):

  [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [X] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of (specify):
  c. [ ] as occupant
  d. [ ] On behalf of (specify):
     under the following Code of Civil Procedure section:
     [ ] 416.10 (corporation)          [ ] 415.95 (business organization, form unknown)
     [ ] 416.20 (defunct corporation)  [ ] 416.60 (minor)
     [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
     [ ] 416.40 (association or partnership)  [ ] 416.90 (authorized person)
     [ ] 416.50 (public entity)        [ ] 415.46 (occupant)
                                        [ ] other

7. **Person who served papers**
  a. Name: **Richard Zicari**
  b. Address: **2171 Monroe Ave., Suite 206, ROCHESTER, NY 14618**
  c. Telephone number: **585-232-8590**
  d. **The fee** for service was: $
  e. **I am:**
    (1) [X] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] registered California process server:
      (i) [ ] owner  [ ] employee  [ ] independant contractor
      (ii) [ ] Registration No.:
      (iii) [ ] County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     or

9. [ ] **I am a California sheriff or marshal and I** certify that the foregoing is true and correct.

Date: **2/28/2007**

**Richard Zicari**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

POS-010 [Rev. January 1, 2007]                                    Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**                    Order No. 8204008



https://www.abclegal.com/agents/proofs/california.asp?ord=8204008&typ=personal&ttl=C...  2/28/2007