IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | | |
|---|---|---|
| JEREMY PIASECKI | ) | NO.  06 CV 1263 JAH (POR) |
| Plaintiff, | ) | |
| vs. | ) | DEFAULT JUDGMENT |
| OLS INVESTMENTS, INC., OLEG SCHVEDYUK, individually, and as an agent of OLS INVESTMENTS, INC., FMC ASSOCIATES, INC., Does 1 through 20, inclusive, | ) | |
| Defendants. | ) | |

Default Judgment                                               1

1  This matter came on before the court on August 6, 2007 as an uncontested matter,
2 Defendants' default having been entered by the clerk on , 2007. Plaintiff Jeremy Piasecki
3 appeared by counsel William N. Woodson III, APC.
4  Plaintiff Jeremy Piasecki had previously provided the court with an application for
5 entry of the court's judgment, and provided the court with proof of his damages, and good
6 cause otherwise appearing therefore,
7 IT IS HEREBY ORDERED ADJUDGED AND DECREED that Plaintiff shall have
8 judgment against OLS INVESTMENTS, INC., OLEG SHVEDYUK, also known as OLEG
9 SAPOZHNIKOV, and each of them, individually and doing business as OLS
10 INVESTMENTS, INC., in the sum of $61,914.18, comprised as follows:

| | | |
|---|---|---|
| 1. | Purchase price of the property: | $46,260.00 |
| 2. | Clean up and demolition: | $14,498.00 |
| 3. | Delinquent taxes: | $188.88 |
| 4. | Additional taxes: | $894.96 |
| 5. | County taxes: | $72.44 |

The above referenced total amount in the sum of $61,914.18, and any remaining balance thereof, shall earn interest at the rate of 10% per annum, until paid in full, from the date of August 6, 2007.

DATED: August 8, 2007

_____
Honorable John A. Houston,
Judge of the United States District Court
Southern District of California

Default Judgment                                    2