1
2
3
4
5
6
7
8                         IN THE UNITED STATES DISTRICT COURT
9                      SOUTHERN DISTRICT OF THE STATE OF CALIFORNIA
10
11 | JEREMY PIASECKI                              )        NO.  06 CV 1263 JAH (POR)
                                                  )
12 |         Plaintiff,                            )
                                                  )        DEFAULT JUDGMENT
13 |    vs.                                       )
                                                  )
14 | OLS INVESTMENTS, INC., OLEG                  )
     SCHVEDYUK, individually, and as an agent     )
15 | of OLS INVESTMENTS, INC., FMC                )
     ASSOCIATES, INC., Does 1                    )
16 | through 20, inclusive,                      )
                                                  )
17                                                )
                                                  )
18 |         Defendants.                          )
     _____)
19
20
21
22
23
24
25
26
27
28  Default Judgment                              1

This matter came on before the court on August 6, 2007 as an uncontested matter, Defendants' default having been entered by the clerk on , 2007. Plaintiff Jeremy Piasecki appeared by counsel William N. Woodson III, APC.

Plaintiff Jeremy Piasecki had previously provided the court with an application for entry of the court's judgment, and provided the court with proof of his damages, and good cause otherwise appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Plaintiff shall have judgment against OLS INVESTMENTS, INC., OLEG SHVEDYUK, also known as OLEG SAPOZHNIKOV, and each of them, individually and doing business as OLS INVESTMENTS, INC., in the sum of $61,914.18, comprised as follows:

1. Purchase price of the property:   $46,260.00
2. Clean up and demolition:   $14,498.00
3. Delinquent taxes:   $188.88
4. Additional taxes:   $894.96
5. County taxes:   $72.44

The above referenced total amount in the sum of $61,914.18, and any remaining balance thereof, shall earn interest at the rate of 10% per annum, until paid in full, from the date of August 6, 2007.

DATED: August 8, 2007

_____
Honorable John A. Houston,
Judge of the United States District Court
Southern District of California

Default Judgment                                    2